IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR WALTHOUR | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 16-2162 |
| | : | |
| HERRON, *et al.* | : | |

## ORDER

**AND NOW,** this 22nd day of September 2016, upon consideration of the Honorable John W. Herron's Motion to dismiss (ECF Doc. No. 21), Plaintiff's Response (ECF Doc. No. 24), Defendant Paul Feldman's Motion to dismiss (ECF Doc. No. 23), independent review of the Amended Complaint under 28 U.S.C. § 1915(e)(2)(B)(i) and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. The pending Motions to dismiss (ECF Doc Nos. 21, 23) are **GRANTED**;

2. The Amended Complaint (ECF Doc. No. 18) is **DISMISSED with prejudice** and the Clerk of Court shall **CLOSE** this case; and,

3. Having found Mr. Walthour is continually abusing the judicial process by filing meritless and repetitive actions, absent leave granted by this Court upon Mr. Walthour's showing of good cause before filing another action, Mr. Walthour may not file further lawsuits based upon his allegations against the Defendants named in this case relating to the March 24, 2010 Order.

KEARNEY, J.